# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| SHEILA BIEHLE, § | |
| § | |
| *Plaintiff*, § | CIVIL ACTION NO.  1:19-CV-00244 |
| § | |
| v. § | JUDGE MICHAEL TRUNCALE |
| § | |
| AARON LOVE, JOWIN EXPRESS, INC., § | |
| § | |
| *Defendants*. § | |

## ORDER DENYING PLAINTIFF'S MOTION TO STRIKE

Before the Court is Plaintiff Sheila Biehle's Motion to Strike Defendants' Billing Expert and the Counter-Affidavit of Marilyn Pacheco. [Dkt. 18]. Defendants have not responded to the Motion.

Local Rule CV-7 (i) requires that all motions —with few exceptions— must be accompanied by a certificate of conference. A motion to strike is not an exception to the certificate of conference requirement. Local Rule CV-7 (i).

Plaintiff's Motion to Strike does not have a Certificate of Conference. Thus, it is this Court's opinion that the Motion should be DENIED because it does not comply with the Local Rules.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Strike [Dkt.18] is DENIED. Plaintiff is granted leave to re-file its Motion after compliance with the Local Rules.

**SIGNED this 10th day of December, 2019.**

Michael J. Truncale
United States District Judge